UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                :

       - v. -                        :    SEALED
                                                      INDICTMENT
ROBERT M. QUINONES                      :
                                                      07 CRIM. 544
       Defendant.                      :

- - - - - - - - - - - - - - x

**COUNTS ONE THROUGH TWENTY-FIVE**
(Aiding and Assisting in the Preparation of False
and Fraudulent U.S. Individual Income Tax Returns)

The Grand Jury charges:

**Background**

1.  From in or about 2001 through in or about 2004, ROBERT M. QUINONES, the defendant, operated a tax return preparation business known as Uncle Sam's Nephew, which was located at 3215 Pearsall Avenue, Bronx, New York. In or about 2004, QUINONES changed the name of this business to Exact Accounting Services, but continued to carry on tax return preparation services at the 3215 Pearsall Avenue address through in or about 2005. In carrying out the business of Uncle Sam's Nephew and Exact Accounting Services, QUINONES prepared U.S. Individual Income Tax Returns, Forms 1040, including attached Schedules A, for his clients, who paid fees to QUINONES for doing so.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 14 2007

**Statutory Allegations**

2. On or about the dates set forth below, in the Southern District of New York and elsewhere, ROBERT M. QUINONES unlawfully, willfully, and knowingly did aid and assist in, and procure, counsel, and advise, the preparation and presentation under, and in connection with matters arising under, the internal revenue laws, of returns, claims, and other documents, to wit, U.S. Individual Income Tax Returns, Forms 1040, including attached Schedules A, for the taxpayers listed below, which returns were false and fraudulent as to material matters, in that the returns claimed fictitious and/or inflated deductions on Schedules A (Itemized Deductions) in the amounts set forth below, whereas, as ROBERT M. QUINONES then and there well knew and believed, the said taxpayers were not entitled to claim the said deductions in the said amounts:

| COUNT | APPROXIMATE FILING DATE | TAXPAYER | YEAR | MATERIAL MATTERS | AMOUNT CLAIMED |
|---|---|---|---|---|---|
| One | 04/07/02 | Client A | 2001 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $16,790 |
| Two | 01/30/03 | Client A | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $15,400 |

| Three | 02/02/04 | Client A | 2003 | MEDICAL EXPENSES | $2,890 |
| | | | | GIFTS TO CHARITY | $1,800 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $21,473 |
| Four | 02/01/05 | Client A | 2004 | MEDICAL EXPENSES | $2,600 |
| | | | | GIFTS TO CHARITY | $870 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $12,894 |
| Five | 04/24/02 | Client B | 2001 | MEDICAL EXPENSES | $3,107 |
| | | | | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $16,110 |
| Six | 04/19/03 | Client B | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $14,902 |
| Seven | 03/12/04 | Client B | 2003 | MEDICAL EXPENSES | $2,605 |
| | | | | GIFTS TO CHARITY | $1,200 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $15,259 |

| Eight | 03/07/05 | Client B | 2004 | MEDICAL EXPENSES | $2,650 |
| | | | | GIFTS TO CHARITY | $2,650 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $13,428 |
| Nine | 04/19/03 | Client C | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $12,525 |
| Ten | 03/12/04 | Client C | 2003 | MEDICAL EXPENSES | $2,630 |
| | | | | GIFTS TO CHARITY | $1,810 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $19,135 |
| Eleven | 03/07/05 | Client C | 2004 | MEDICAL EXPENSES | $2,850 |
| | | | | GIFTS TO CHARITY | $2,562 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $15,002 |
| Twelve | 02/11/01 | Client D | 2000 | MEDICAL EXPENSES | $5,981 |
| | | | | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $14,558 |

| Thirteen | 03/02/02 | Client D | 2001 | MEDICAL EXPENSES | $7,392 |
| | | | | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $13,106 |
| Fourteen | 02/04/03 | Client D | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $12,181 |
| Fifteen | 03/17/01 | Client E | 2000 | MEDICAL EXPENSES | $5,730 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $9,167 |
| Sixteen | 03/25/02 | Client E | 2001 | MEDICAL EXPENSES | $6,850 |
| | | | | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $12,254 |
| Seventeen | 03/15/03 | Client E | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $12,010 |
| Eighteen | 02/21/04 | Client E | 2003 | UNREIMBURSED JOB/MISC. EXPENSES | $8,295 |
| Nineteen | 02/21/05 | Client E | 2004 | UNREIMBURSED JOB/MISC. EXPENSES | $5,263 |

| | | | | | |
|---|---|---|---|---|---|
| Twenty | 06/23/01 | Client F | 2000 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $15,937 |
| Twenty-One | 04/06/02 | Client F | 2001 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $14,544 |
| Twenty-Two | 09/29/03 | Client F | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $9,066 |
| Twenty-Three | 10/01/05 | Client F | 2003 | UNREIMBURSED JOB/MISC. EXPENSES | $8,727 |
| Twenty-Four | 04/29/02 | Client G | 2001 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $18,206 |
| Twenty-Five | 04/19/03 | Client G | 2002 | GIFTS TO CHARITY | $3,425 |
| | | | | UNREIMBURSED JOB/MISC. EXPENSES | $14,696 |

(Title 26, United States Code, Section 7206(2).)

6

**COUNT TWENTY-SIX**
(Filing False Claim for Refund)

3.     On or about February 17, 2003, in the Southern District of New York, ROBERT M. QUINONES, the defendant, knowingly, intentionally, and unlawfully made and presented to the Internal Revenue Service ("IRS"), an agency of the Department of the Treasury, a claim upon and against the United States and the IRS, which claim QUINONES knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, a 2002 U.S. Individual Income Tax Return, Form 1040, wherein he falsely and fraudulently claimed an income tax refund in the amount of $9,906.

(Title 18, United States Code, Section 287.)

**COUNT TWENTY-SEVEN**
(Filing False Claim for Refund)

3.     On or about February 9, 2004, in the Southern District of New York, ROBERT M. QUINONES, the defendant, knowingly, intentionally, and unlawfully made and presented to the IRS, an agency of the Department of the Treasury, a claim upon and against the United States and the IRS, which claim QUINONES knew to be false, fictitious, and fraudulent, by preparing and causing to be prepared, and filing and causing to be filed, a 2003 U.S. Individual Income Tax Return, Form

1040, wherein he falsely and fraudulently claimed an income tax refund in the amount of $9,888.

(Title 18, United States Code, Section 287.)


*/s/ Cheryl Allyne*
FOREPERSON

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
UNITED STATES ATTORNEY

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v -

ROBERT M. QUINONES,

       Defendant.

---

**INDICTMENT**

07 Cr.

[26 U.S.C. § 7206(2);
18 U.S.C. § 287.]

_____
MICHAEL J. GARCIA

United States Attorney.

**A TRUE BILL**

_____
_Cheryl Alleyne_
Foreperson

---

6/14/07 —
G.C.   ~~SEALED~~ INDICTMENT FILED

FREEMAN, USMJ