```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

    - v -                             :    07 Cr. 544

ROBERT M. QUINONES,                   :

                Defendant.            :

- - - - - - - - - - - - - - - - - - - - x
```

HONORABLE ANDREW PECK, United States Magistrate Judge:

    The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 544 may be unsealed.

Dated: August 17, 2007

_____
ANDREW PECK
UNITED STATES MAGISTRATE JUDGE

