```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :    ORDER

     - v -                        :    07 Cr. 544

ROBERT M. QUINONES,               :

              Defendant.          :

- - - - - - - - - - - - - - - - - - - -x
```

HONORABLE ANDREW PECK, United States Magistrate Judge:

      The Court, having been advised that the above-referenced defendant has been arrested on a warrant issued by this Court, hereby orders that Indictment 07 Cr. 544 may be unsealed.

Dated: August 17, 2007

_____
ANDREW PECK
UNITED STATES MAGISTRATE JUDGE

