1 H-11.Revised 8/2005

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- X

UNITED STATES OF AMERICA         :         ORDER APPOINTING COUNSEL
                                 :         (Federal Defenders of New York, Inc.)
            - v -                :
                                 :         Docket # 07 CR 544 (DLC)
__Robert M Guincnes__            :
            Defendant            :
                                 :
------------------------------------------------- X

    Because the above name defendant has testified under oath or otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interest of justice so require, the FEDERAL DEFENDERS OF NEW YORK, INC. is hereby appointed to represent the defendant in the above designated case for the following purpose:

Check one)   __✓__     all proceedings

           _____    bail/presentiment only

           _____    other (specify) _____

    If the case proceeds to the U.S. District Court, the appointment shall remain in effect until terminated or a substitute attorney is appointed.

Date __8-17-07__        S/Andrew J. Peck
                        ─────────────────────────────────
                        Signature of U.S. Judge or Magistrate Judge
                        or by order of the Court:

                        ─────────────────────────────────
                        Clerk or Deputy

TO:   J. MICHAEL McMAHON, CLERK
      United States District Court
      Southern District of New York

      Federal Defenders of New York, Inc.
      52 Duane Street, 10th Floor
      New York, New York 10007

                                                    8/17/07

Copy 1 – Retain in Magistrate Judge File