```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :    07 CR. 544 (DLC)
                                      :
        -v-                           :    ORDER
                                      :
ROBERT QUINONES,                      :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-28-08

DENISE COTE, District Judge:

For the reasons set forth in defense counsel's letter dated February 27, 2008 and with consent of the Goverment, it is hereby

ORDERED that the sentence date previously scheduled for March 28, 2008 is adjourned to **April 25, 2008** at **2:30 a.m.** There shall be no further adjournment.

IT IS FURTHER ORDERED that defendant's sentencing submissions shall be due **April 11** and the Government's response shall be due **April 18**.

Dated:    New York, New York
          February 28, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge