745 West End Avenue
Cliffside Park, NJ 07010

February 24, 2008

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Robert M. Quinones

Dear Honorable Judge Cote:

The following are a few pages from my life of over 25 years with my husband Robert M. Quinones.

I will try to summarize our life of over 25 years together by listing some of his attributes below:

**Dependable**

Robert is the youngest son in his family of three sons and one daughter. His mother always called upon him to help her, not the other siblings, despite the fact that she had her third son living with her.

Robert's sister, Linda, got married and had two boys. She kept in contact with Robert because of their closeness. Whenever she needs any kind of assistance, financial, or advice, she always calls Robert.

Page 2
Robert M. Quinones

<u>Good Samaritan</u>

1) One night there was a persistent honking of a car horn outside of our living room window in our first apartment together, Bolton Street (Bronx), and Robert went downstairs to find out what was going on. He found a cab driver shot on the right side of his head, bleeding and his money thrown around. Robert immediately went to his aid by applying pressure to his wound and assuring him that he would be all right. The police and ambulance was called. Robert was concerned about this man, so he called the emergency room to see if he was all right. Unfortunately, he was told that unless he was a family member they could not release that information, but when he explained who he was, the person on the telephone thanked him for his assistance and that the man would make it.

2) Another evening we were coming home and a couple was fighting. The man hit the woman and my husband went to her rescue. Again, he called for legal help (Police).

3) On a Mother's Day, he took his mother, my mother, and me out to eat and we saw a man being beaten with a bat by many men. Robert screamed out at them to stop and they ran away. Then, he moved the car away from the scene and went to the man's side. We all begged him not to do this, but Robert wanted to help the man. So, while Robert was kneeling over the man, one of the beaters returned and said, that Robert "should not get involved because he sexually assaulted his sister." I know that if Robert would not have intervened, they could have killed him. Again, he called for legal help (Police).

Page 3
Robert M. Quinones

### Kind hearted

When we got married, our oldest son (Robertino) was 2.5 years old and we went to Disney World in Florida, we took his mother and Robert's stepbrother.

We have gone on many vacations where we have taken his mother and my mother along. We have even taken my sister, his sister, and their families. Robert likes to share his good fortune with others. The family festivities (Thanksgiving, Christmas, New Years) were held in our home when we lived in the Bronx. Robert would help me to prepare the food, decorations, and he was the Bartender.

### Positive

Robert doesn't believe in negative energy. He is not a vindictive person. He believes that when a person does something to you, you should not dwell on it, just move on because it only hurts (health wise) you. Robert has tried to teach me this because I am the opposite of him.

### Responsible

Robert always paid our bills on time. Even during the time when our family was living on one income. Our oldest son (Robertino) went to Catholic School all his life. Since our first apartment was too small for our family, we moved to New Jersey.

### Good Father

When the boys were born, Robert helped me with the changing of diapers, bathing, feeding, cooking, food shopping and also going to their doctor visits. He didn't mind getting up in the middle of the night to feed the babies. Later, he took the boys to school, the park, the movies,

Page 4
Robert M. Quinones

etc. Robert is very supportive of his boys. He is always talking with them and advising them. Robert has such a wonderful relationship with his sons that at this age, in their lives, they still want to go out with him to play basketball, eat out or the movies. Robert has been the photographer and moviemaker of the family throughout our years together. He has even put together our photo albums for our memories.

### Good Husband

Robert helped me so much, with the boys, household chores, and the daily emotional support. I could remember when I went to the hospital to give birth to our first son. He was so excited and proud. When our second son (Brendan) was born, he took time off from work to help me. He has taken care of me when I have been sick. He has always driven me to and from work.

### Unselfish

Due to his severe depression and thoughts of suicide, Robert could take the easy way out of this situation. Submit to his depression and commit suicide. But, he thinks it would be worse for his family, and that it is also a SIN. He always wants to make his boys happy. When they were young, they wanted a dog, but never got one. Then, for Brendan's 18th birthday, Robert decided to get him a dog (Buster). Now, Robert is the one that takes care of Buster. He feeds him and walks him. He and I love Buster so much that we call him our grandson.

Page 5
Robert M. Quinones

### Caring

Robert worked as an Assistant Teacher with the New York City Department of Education and was assigned to a middle school young man. This young man was having behavioral problems. So Robert was assigned to help him with his schoolwork and his behavioral problems. Part of Robert's assignment was to write up any negative doings about this young man because they wanted him out of the school. Robert became so fond of the young man that he gave him our home phone number in case he needed Robert to help with his homework or talk.

Currently, Robert is suffering from depression, attention deficit disorder with hyperactivity, Insomnia, and Anxiety. When he surrendered to the federal officers, he suffered an anxiety attack (profusely sweating and rapid heart beat) and was taken to the emergency room via ambulance. I am thankful that he was taken to the emergency room for a check up before being taken to the holding facility. The day he surrendered, he was scheduled to go to a 28-day program for his addiction. The federal officer called and cancelled his appointment, since Robert couldn't. Also, he is in need of a knee operation because he has accumulated cartilage that causes him paralyzing pain and can't walk.

I had to beg Robert to go for psychiatric help because he wasn't sleeping. If he fell asleep a few minutes, he would wake up screaming because of the nightmares he was having. After my several calls to Brandan's psychiatrist, Dr. Goa, Robert accepted to go. He was prescribed several medications. Robert went as far as sleeping in the family room so that he would not disturb me.

Page 6
Robert M. Quinones

Your honor, I apologize for so much information, but my husband and I have been together over 25 years and how do you account for so much time with just a few words. Also, who knows him better?

When I first met my husband, I was very much impressed with his gentleness he was charismatic and intelligent. I guess it was love at first sight. We lived together for a while and when I became pregnant he wanted to do the noble thing by marrying me. After the baby (Robertino) was born, he was the ideal husband and father.

Unfortunately, something happened to him along the way, I believe it was the passing of his mother because they were very close. He also lost his older brother around the same time as his father several years before. He became depressed at this time. During our children's' teenage years, Robert seemed to lose all interest in his much beloved sports. Therefore, during the family outings, family functions, and holidays (the family gatherings at my mother's) he would stay home alone. He stays up most of the night manages just 2 to 3 hours sleep per night. After taking pain medicine for his knees, I later found out that he started taking illegal drugs and became addicted. His addiction became worse and his nightmares took over. He ended up with a drug addiction and worse mental problems.

Since his demons were taking control of his life and he couldn't keep up with everything, he hired a man by the name of Mr. Reyes to help him with his tax business. He didn't want his customers to loose faith in him, so he kept this employee behind the scene. I was not in agreement with this arrangement because I had a gut feeling that he was unscrupulous. Later, I found out that he was a womanizer and drinker.

Page 7
Robert M. Quinones

This happened around 1999-2000. Robert had taken an apartment because his nightmares had escalated and he felt for our safety. On numerous occasions, I would be woken up by his screams, or cries of help, and sometimes he would press his knees against my arms and he would not stop until I yelled his name or managed to push him off me. During this time, Robert was working at Slomans Security and then ADT Security Companies.

The arrangement between my husband and Mr. Reyes was a partnership. He ran the tax preparation business and Robert provided the location. Prior to 1999, Robert prepared taxes during the tax season as a means for extra income. Mr. Reyes proposed the joining of the E-file program, the incentive mailing in order, to increase the clientele. It all sounded like a great idea and would help with the additional rent of the apartment and the possibility of establishing Robert's own business. Mr. Reyes claimed to be a CPA and offered to help Robert study for his CPA.

Unfortunately, I could not find him registered as a practicing CPA.

I wish I could help Robert and take away the pain he has been in for so many years. He has been battling his demons for too long. He has already suffered enough and has punished himself tremendously. Robert has my wholehearted belief and trust. I would not have stayed married to him this long if I didn't believe he is a good person.

Therefore, I respectfully plead to you, your Honor, to please have mercy on my husband. He has already suffered enough with his demons (being trapped within himself and being lost). What my husband is guilty of is being trusting and having hired this man. Please help him become the man he used to be.

Page 8
Robert M. Quinones

Your Honor, if my husband were to go to prison, the sentence would be devastating on our family. We have never been separated in our 25+ years together, except when Robert had two trainings in Boca Raton and two annual sales seminars in Chicago. Also, we just lost our first home of 7.5 years, along with savings. Our dreams for our children, and things not to be, have been derailed due to the variable rates and other financial difficulties. We have just moved into a new rental home in the later part of July. Although, we are a two-income family, the new rental, along with all other monthly obligations, is still a tremendous financial burden on us. If he were incarcerated I would have to move again. I cannot afford the rent of this apartment.

I beg you to please have mercy on Robert since he has already been through so much.

As you could see with the above information, Robert is a real decent human being who deserves an opportunity to make amends. He has done a lot of good all his life and now needs a way to better himself, physically and mentally. Also, if God willing, he will become happy and healthy like he used to be.

Thank you in advance for your kind acceptance of this letter.

Respectfully,

Madeline Quinones