745 West End Avenue
Cliffside Park, NJ  07010

February 23, 2008


Honorable Denise L. Cote
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007

Dear Honorable Judge Cote:

Please accept this letter about my wonderful Dad, Robert Michael Quinones.

My father has always believed in me, despite my challenges of my learning problems. I have Attention Deficit Disorder with Hyperactivity. I remember my father taking me to be evaluated by the New York City Department of Education and privately by the Rose Kennedy Fitzgerald Rehabilitation Center too. He had a second evaluation done of first findings for a second opinion and to also make sure I got the best possible treatment.

My father took me to school, after school resource room (tutoring) at a different location from my school and picked me up everyday. He took me to my psychiatric and therapy appointments too. My father has always been involved in my life. I remember our family outings to parks, picnic grounds, beaches, and movies.

My father was so unselfish that he would take my brother and I to the park to play baseball or basketball, even when he was tired. He didn't mind involving other children who came along to play with us. I had one of my friends tell me that he wishes his Dad would be like mine, who plays, hangs out with his kids and supports him. I remember our apartment always filled with neighborhood children because my father was such a welcoming person. My father is a people person.

Before my second evaluation results, I was having problems at school and my father found the proper help to stop the violation of my rights (school was trying to place me in a Special Education School).

As I have gotten older, now is when I realize that my father has changed because he is sad. I remember when he couldn't take us out, like he use to. Even though he stopped taking us out like before, I wish we could take up where we left off and continue our wonderful outings.

My father has supported me and reprimanded me whenever necessary. He has taught me right from wrong. One of the things that stick out in my mind, he told me, "A man doesn't lie, because no one will trust him." He has encouraged me to continue going to school as far as I could remember. Sometimes, I get a little angry because he never lets up. However, I do realize that he wants only the best for me.

I hope that you could see my father the way I see him and the way he really is, a "Good" person. Please give my father a break because he sure deserves one. I need my father in my life more then ever.

Thank you for your time and patience in the matter of my father, Robert M. Quinones.

Respectfully,


Brandan Michael Quinones