March 20, 2008

Honorable Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Cote:

I, Linda Jane Quinones, am delighted to write this letter in reference to Robert Quinones, who is my brother. It is not hard to put into words what kind of person my brother is, and to put his character on a piece of paper for him and his family's well-being is an honor. I know my brother, not only as my brother, a husband, a father, and an uncle to my two boys, and he is all of these in every aspect.

I am the only girl out of five children, and my brother Robert has been here for me since day one. When our eldest brother passed away in 1989, and our father and mother passed away in 1978-1991, and I became a single parent in 1995, my brother Robert has been there to support me through it all. As a matter of fact, when our mother passed away I was in Greece and it was Robert who called the Bronx Borough President's wife to help with my immediate return to the United States. Robert has helped me with anything that came in the way to make a better future for both my children and me. My brother Robert took it upon himself to play an important role in my children's life, a father figure, because he understood the importance of young men and boys growing up with a positive male role model to show them how to be a responsible man, and if you ask me he did an admirable job. Without asking questions Robert would help me in times of need, and writing this letter has been with such ease as the words come from the warmest part of my heart

My brother is the husband most women these days can only dream of. My brother Robert and his wife Maddie have been married for twenty-five years plus, and through it all I have seen him to be everything a real man is suppose to be: He's attentive, a great provider, loving, responsible, compassionate, loyal to his wife, and understanding to all situations; just about every fine quality a man should possess is what I have seen in Robert. His relationship has inspired me not to settle for just any man, but for a man to live up to what my brother has accomplished in his relationship with his wife, and because of him I have finally found at the age forty-seven, a man that comes close to my brother's character, and we are scheduled to be married on July 12th of this year. Part of my marriage plan is for Robert to give me away on the happiest day of my life. My

brother's relationship with his wife has showed me what a good, and strong relationship should be like, and because of that I now have my own.

It's hard to raise a family, and my brother knows this first hand, but still he did an excellent job. He is the father I wish my boys had growing up. He has two boys, Brandan and Robertino that while growing up had everything they needed, and most of what they wanted. He knew how to be a father to his boys in a way that would make them grow up to be responsible and well educated men. He also loved to spend quality time with them. They would go out on vacations, camping trips, and do things that showed his boys that loves them and he loves to be around them. He gave his boys dreams and gave them a taste of how a man show act and did the most important thing a man can do in any child's life, and that is to love their mother.

I have two boys who are now grown up and independent. They are both in college, and live on their own. I believe I could not have done this without the help from my brother. He guided them through, and made sure they had everything they needed to make them equipped in life. My youngest son, I believe benefited the most from my brother's guidance. He is the one who looks up to him the most. I know this because when he was fifteen he wrote a poem for a school project called, *My Uncle*, that read: *In this world there's no one as strong as he, with love and compassion for the whole world to see. He stepped up as a father when my real one stepped down, then all of a sudden my frown turned around. He is my uncle, my dad, and my hero and no one can take that away, for he is always here to brighten up my day. His name is Robert Quinones, and god sent him to me, and I will never give him up, we'll fight life, and win you'll see.* From this poem you can tell that he was just what my kids needed in life, and just how great he was to them.

My brother is a Loving, sensible, caring, giving, nurturing, providing, responsible brother, husband, father, and uncle. Without him in my life I would have been lost, and my life would have turned out so different. So I am thankful to have my brother in my life, and I was more then willing to write this letter.

Sincerely,


Linda J. Quinones