March 10, 2008

Honorable Judge Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Cote,

With reference to my uncle Robert Quinones, I respectfully submit the following particles about myself.

| | |
|---|---|
| Name: | Veronica Ayala |
| Address: | 85-34 Lefferts Blvd |
| | Kew Gardens, NY 11415 |
| Tel: | 347.960.7791 |
| D.O.B. | 02/16/1977 |

I would like to kindly thank you for taking the time to review my letter. Please be advised Roberto Quinones has been apart of my growing up and is still is a major factor in my life. Through out my childhood, I remember seeing my uncle as a father figure as he treated me like a daughter he never had. He was always generous to me. In 1995 after giving birth to my son, Robert Quinones was thrilled and it seemed as if another son of his was reborn. It was a great feeling to know that I didn't only have an uncle, I had a father. I am so appreciative for his concern and kind heart. I see great traits and qualities in my uncle. I have observed the determination and accomplishments that my uncle achieved. He has progressed and made it possible to provide a stable home for his loved ones. I witnessed in New Jersey while living only one block away from Mr. Quinones, on how family oriented he is. Robert is a firm believer in education and was determined to stay focused on his children's schooling. He only settled for the best. I am proud to see that his family is the reason why he breathes. In good faith, I proclaim Mr. Robert Quinones to be a very compassionate loving person.

There was a very traumatic time for me in 1997 in which I was hospitalizes for 8 days. I required a blood transfusion. My signature was needed in order to move forward with this transfusion. I was very hesitant being that I was horrified of the world wide deadly diseases out there that can be transferred through a blood transfusion. Robert had an impact in my life. Out of everyone trying to convince me to sign these documents, he was the only one who succeeded and penetrated his promise to me that nothing would happen and this procedure was completely safe and all test were going to be taken and reviewed before the transfusion is final. He was going to personally see to this. His assurance made me strong mentally and I believed him. My uncle was there for me physically and mentally. I at last accepted and signed the hospital documents granting the doctors permission to proceed.

Learning the type of person Mr. Robert Quinones is, you will find all the above mentioned statements are accurate and truthful.

Anticipatory thank you for accepting and considering our statements and hope that you can believe in Mr. Robert Quinones the way we all do.

Sincerely,


Veronica Ayala