March 17, 2008

Honorable Judge Denise L. Cote
United States District Judge
United States District Court
Southern District of New York
United States Court House
500 Pearl Street
New York, NY 10007

Dear Honorable Judge Cote:

Good Day, My name is Katherine Ayala and I have written this letter in reference to Mr. Robert Quinones who happens to be my uncle through marriage. I met Mr. Quinones approximately 25 Years ago. As a young girl, I can remember him to be a very kind and fun loving person. Mr. Quinones was always very respectful to me and my family. As I reached my teenage years, I can recall him being very concerned about me continuing my education. He would often encourage me to take advantage of all opportunities and set high expectations. I am very grateful for that. As I think back to when I reached women hood and had my first child, I can recall him being very supportive. There were times that I was financially unstable and I was able to count on him for support. He was also there for me when I needed good advice or just needed someone to listen. Mr. Quinines has been very helpful to me as well as to others in many different ways. I couldn't ask for a better uncle. I kindly and respectfully ask of you to take this statement into consideration due to the fact that he is an asset to our family, therefore we would all like to keep him around and see him progress. In this closing note, please feel free to contact me at anytime.

Contact Information:          Katherine Ayala: 347.657.0385

Sincerely,


Katherine Ayala