Miriam Arroyo
758 Pelham Parkway South
Bronx, NY 10462


March 14, 2008

Honorable Denise L. Cote
United States District Judge
U.S. District Court Southern District of New York
U.S. Court House
500 Pearl Street
New York, NY 10007

Re: Robert M. Quinones

Dear Honorable Judge Cote:

The purpose of this letter is to notify this court that I have had the privilege to interact with Robert Quinones who has been married to my sister Madeline Quinones for twenty five years and the father of two great young men.

During these years of marriage, I have encountered that my brother-in-law, Robert has a special gift of serving and expressing sensibility to other people's needs before his own. I remember several situations when I needed someone to converse personal issues with and I knew I could count on Robert. Robert has been there for me during laugher or sadness and was always available to give me advice under any circumstances. I must say that he has been a good listener and diligent to provide a solution.

When my sister or my daughter was unable to accompany my mother to her physician's appointments, Robert is constantly willing to contribute. We could always trust in his reliability. On certain family events like birthdays or summer picnics, Robert enjoyed barbecuing and would become involved in helping out in other areas where needed. We are extremely grateful for all his efforts and sharing his kindness with the family.

In my personal opinion, I have to confess that Robert has been a loving, responsible husband and truly attentive to his children's welfare. I have seen what an excellent job he has done in the up bringing of the boys because he took out time to motivate and guide them into an upright path. I will never forget the moment my first nephew was about to be born, Robert became very nervous as well as exited and he called my mother several times to inform her as to Madeline's delivery progress. What a wonderful and delightful experience he felt!

I can possibly sit here and write about many more pleasant events we have had together, but that would take some time. All my thoughts about Robert are good ones.

I honestly pray and hope that based on your expertise and good judgment you may consider what he means to us as a family.

Thank you for your time

Sincerely yours,


Miriam Arroyo