# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT

SOUTHERN District of NEW YORK

UNITED STATES OF AMERICA

- v -

ROBERT M. QUINONES,    Defendant.

Docket Number __07 CR. 544 (DLC)__

HONORABLE DENISE L. COTE
(District Court Judge)

Notice is hereby given that **the defendant ROBERT M. QUINONES** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓] : order [ ] : other [ ] : _____
(specify)

entered in this action on __04/25/08__
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ] :    sentence only [✓] :    conviction and sentence [ ]

Date: **MAY 7, 2008**

TO:    MICHAEL P. BEN'ARY, ESQ.
AUSA
ONE ST. ANDREW'S PLAZA
NEW YORK, NY 10007

ROBERT M. QUINONES
745 WEST END
CLIFFSIDE PARK, NJ 07010

ADD ADDITIONAL PAGE IF NECESSARY

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

(TO BE COMPLETED BY ATTORNEY)    TRANSCRIPT INFORMATION - FORM B

## ➤ QUESTIONNAIRE | ➤ TRANSCRIPT ORDER ➤ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE).

[✓] I am ordering a transcript
[ ] I am not ordering a transcript
Reason:
    [ ] Daily copy is available
    [ ] U.S. Attorney has placed order
    [ ] Other. Attach explanation

Prepare transcript of    Dates
[✓] Pre-trial proceedings    12/21/07
[ ] Trial    _____
[✓] Sentence    4/25/08
[ ] Post-trial proceedings    _____

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b))  ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature    DEIRDRE VON DORNUM, ESQ.
*Deirdre Von Dornum/EF*    DATE    **MAY 7, 2008**

➤ **COURT REPORTER ACKNOWLEDGMENT**    To be completed by Court Reporter and forward to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
|  |  |  |

Date _____    Signature _____
(Court Reporter)