# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

**MEMO ENDORSED**

June 12, 2008

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6-13-08


RECEIVED
JUN 1 2 2008
CHAMBERS OF
DENISE COTE

Re:    **U.S. v. Robert Quinones**
       07 Cr. 544 (DLC)

Dear Judge Cote:

        I am writing on behalf of my client, Robert Quinones, to request permission for Mr. Quinones to attend his sister's wedding in Georgia prior to surrendering to serve his sentence. Mr. Quinones and his wife would like to fly to Orlando, Florida, on July 10, 2008, then drive from Orlando with their son who lives in Orlando, to the wedding in Columbus, Georgia, and after the wedding drive back to Orlando, and return home by plane to New Jersey on or before July 18, 2008. They will stay with Mr. Quinones's sister, Linda Moore, at her home. Mr. Quinones will provide all the details of his flights and accommodations to his Pre-Trial Services Officer. I have spoken to Special Assistant U.S. Attorney Michael Ben'Ary, and he indicated that the Government takes no position on this request. I have also spoken to Pre-Trial Services Officer Thomas J. Marino, Jr., who indicated that Pre-Trial has no objection to this request.

        Thank you for your consideration of this request.

Very Truly Yours,

Deirdre D. von Dornum
Assistant Federal Defender
Tel.: (212) 417-8767

cc:    Special Assistant Michael P. Ben'Ary (by fax: (202) 616-1786)
       Pre-Trial Services Officer Thomas J. Marino Jr. (by fax)

*Granted.*
*Denise Cote*
*June 13, 2008*