# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
Executive Director

**MEMO ENDORSED**

Southern District of New York
John J. Byrnes
Attorney-in-Charge

June 23, 2008

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

    Re:   **U.S. v. Robert Quinones**
           07 Cr. 544 (DLC)

Dear Judge Cote:

    I am writing on behalf of my client, Robert Quinones, to respectfully urge the Court to reconsider the denial of Mr. Quinones's request to travel to Georgia for his sister's wedding, and in support of such, to provide additional information to the Court bearing on this request.

    Mr. Quinones voluntarily surrendered on August 17, 2007, and was released that same day on a $100,000 personal recognizance bond co-signed by his wife with travel restricted to the Southern and Eastern Districts of New York and the District of New Jersey, and with strict pre-trial supervision. Mr. Quinones has been in perfect compliance with the terms of his release for the last 10 months. He has reported weekly to U.S. Pre-Trial Services Officer Thomas J. Marino Jr., and has been entirely honest and forthcoming with Pre-Trial. On December 21, 2007, Mr. Quinones pleaded guilty to the Indictment against him. On April 25, 2008, he was sentenced to a term of 30 months of imprisonment, to be followed by 3 years of supervised release. At the time of his sentencing, we asked that the Court extend the usual period for voluntary surrender, so that he would be able to attend his sister's wedding in the second week of July. The Court set the surrender date for July 25, 2008.

    In the nearly three months since his sentencing, Mr. Quinones has not only continued to report regularly to Pre-Trial Services, and to submit to all required drug testing and treatment, but has voluntarily cut back on his methadone, reducing his dose progressively: he had been receiving regular doses of 100 ml, and is now down to 35 ml.

    His sister's wedding is extremely significant to Mr. Quinones and his family. Because of his substance abuse and mental health issues, he has been largely cut off from his extended family in recent years. Since the time of his arrest, and in particular, since the time of sentencing,

Honorable Denise L. Cote  
United States District Judge  
Southern District of New York

June 23, 2008  
Page 2

Re: **U.S. v. Robert Quinones**  
07 Cr. 544 (DLC)

with the knowledge that he will soon be incarcerated for 30 months, he has made substantial efforts to reconnect with his family. His sister has asked that Mr. Quinones be the one to give her away at her wedding, since their father is deceased. He has not seen his sister in several years, because she lives in Georgia. The wedding, which will be attended by all of his siblings, as well as his extended family, will be Mr. Quinones's only opportunity to see his family before his incarceration. It also is important to his two sons, to whom he has been and continues to be, very close. Mr. Quinones and his wife and their younger son, who lives with them in New Jersey, would like to travel together to Orlando, Florida, to pick up their older son, who lives there, and then travel as a family to the wedding in Columbus, Georgia. It would be devastating to Mr. Quinones's sister, to his two sons, and to him, if he could not attend the wedding.

Mr. Quinones poses no risk of flight. He has been entirely compliant with both law enforcement and Pre-Trial Services, even prior to his arrest. He has no prior criminal record. He is very close to his wife and children and would do nothing to jeopardize them, either emotionally, by failing to follow through on his obligations, or financially, by violating the $100,000 bond signed by his wife. He has no financial resources with which to flee and no life outside of his home in New Jersey. Mr. Quinones has no travel documents. Despite the serious tax fraud he committed, he is a responsible man, and his conduct during this case has shown that.

The Pre-Trial Services Office, which has supervised Mr. Quinones closely, has no objection to his traveling to the wedding, and will obtain all details of his travel from Mr. Quinones. Officer Thomas J. Marino is available to the Court to answer any questions (212-805-4130) concerning this request. Officer Marino is also willing to put in place any additional protections the Court deems necessary to allow Mr. Quinones to travel to the wedding, including daily check-in by telephone. The Government takes no position on Mr. Quinones' request to attend his sister's wedding.

Thank you for your consideration of this request.

*The Order of June 13, 2008 is vacated. The defendant may travel as described in defense counsel's letter of June 12.*

*Denise Cote*  
*June 24, 2008*

Very Truly Yours,

*[signature]*

Deirdre D. von Dornum  
Assistant Federal Defender  
Tel.: (212) 417-8767

cc: Special Assistant Michael P. Ben'Ary (by fax: (202) 616-1786)  
Pre-Trial Services Officer Thomas J. Marino Jr. (by fax)